JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIN METWALLY AHMED IBRAHIM,<br>Petitioner,<br>v.<br>CYNTHIA ARMANT, Warden of the Desert View Facility,<br>Respondent. | Case No. 5:26-cv-05439-JGB-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondent shall immediately release Petitioner Yassin Metwally Ahmed Ibrahim (A# 242-285-777) ("Petitioner") from custody subject only to conditions of release that were in place prior to Petitioner's detention on July 17, 2026 (if any). Respondent shall immediately return any confiscated property and documents to Petitioner upon release. Respondent shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing

before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard). Respondent shall file a notice of compliance **within three days.**

DATED: October 7, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE